AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| GEOFFREY LEE DUDDING | ) | |
| a/k/a "metalh34d321" | ) | 3:25-mj- 1216-LLL |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___Jan. 15, 2025 - Mar. 6, 2025___ in the county of ___Duval and St. Johns___ in the

___Middle___ District of ___Florida___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted enticement of a minor to engage in illegal sexual activity |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Daniel Moxley, Special Agent, FBI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: __May 6, 2025__

_____
Judge's signature

City and state: ___Jacksonville, Florida___

Laura Lothman Lambert, United States Magistrate Judge
_____
Printed name and title

## AFFIDAVIT

I, Daniel Moxley, being duly sworn, state as follows:

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation
(FBI) and have been so employed since July 2017. I am currently assigned to the
Jacksonville, Florida Division of the FBI, where I conduct investigations in the area
of child sexual exploitation. Prior to this assignment, I was employed as an
Intelligence Analyst and Management and Program Analyst for the FBI for
approximately 7 years. I have bachelor's degrees in economics and political science. I
have received law enforcement training from the FBI Academy at Quantico,
Virginia. A substantial portion of my duties are dedicated to investigating cases
involving crimes against children under the auspices of the FBI's "Innocent Images"
National Initiative. Since becoming a Special Agent, I have worked with experienced
Special Agents who also investigate child exploitation offenses. In the performance
of my duties, I have investigated and assisted in the investigation of matters
involving the solicitation, production, receipt, distribution, and possession of child
pornography, that is, visual depictions of minors engaging in sexually explicit
conduct, as well as the online enticement and attempted online enticement of minors
to engage in illegal sexual activity. I have engaged in numerous undercover online
criminal investigations on social media platforms in which I have portrayed the
online role of either a minor child or an adult with access to a minor child. I have
been involved in searches of residences and devices pertaining to the solicitation,
production, receipt, distribution, and possession of child pornography, as well as the

online enticement and attempted online enticement of minors to engage in illegal sexual activity.

2.     I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, and 2422(b), as well as Florida state statutes that criminalize the sexual activity with minors and other methods of child sexual exploitation. In connection with such investigations, I have served as case agent, have been the affiant for several search warrants and federal criminal complaints, and have conducted interviews of defendants and witnesses. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts. I am also authorized to investigate criminal violations of state law, including in the state of Florida.

3.     The statements contained in this affidavit are based on information I obtained from my personal observations as well as from records and information directly provided to me by other law enforcement officers and personnel. This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that GEOFFREY LEE DUDDING a/k/a "metalh34d321," has committed a violation of 18 U.S.C. § 2422(b), that is, attempted enticement of a minor to engage in illegal sexual activity.

2

4.    I make this affidavit in support of a criminal complaint against GEOFFREY LEE DUDDING, a/k/a "metalh34d321," that is, during the period from on or about January 15, 2025, through on or about March 6, 2025, in the Middle District of Florida, and elsewhere, GEOFFREY LEE DUDDING, a/k/a "metalh34d321," using facilities of interstate commerce, that is, by cellular telephone and the Internet, did knowingly attempt to persuade, induce, entice, and coerce a person whom GEOFFREY LEE DUDDING believed had not reached the age of 18 years, that is, an 11-year-old minor, to engage in sexual activity for which a person can be charged with a criminal offense under the laws of the state of Florida, that is, the crime of lewd or lascivious battery against a person less than 16 years of age, in violation of Section 800.04(4)(a)(2), Florida Statutes, all in violation of 18 U.S.C. § 2422(b).

5.    On January 13, 2025, I was acting in the capacity of an undercover persona and began conducting an online undercover operation designed to identify adult individuals who were seeking to make contact with and engage in illegal sexual activity with minor children. At all times relevant described herein, I was located within the Middle District of Florida, and I was using an FBI-owned cellular telephone with access to the Internet. While working online in an undercover capacity, I was logged into a particular social media application (the "app") and had joined a public chat group bearing a title that, based on my training and experience, was created to attract users or individuals interested in the sexual exploitation of children.

3

6.    Based on my training and experience, I know that this particular app is often used to allow individual users to meet online, engage in conversation through private messages, and share photos. I also know that this app has been used by individuals who seek to identify other individuals who are interested in meeting minors for sexual activity.

7.    Later on January 13, 2025, as I was working online in this undercover capacity, in response to other users posting messages, I posted within the group several messages that read "I like that 9yo", "florida here", and "yea she's 11".

8.    On January 15, 2025, app user "metalh34d321" initiated a private message conversation with me using the application's private text message feature. App user "metalh34d321" and I exchanged several private text messages from January 15, 2025 to March 6, 2025. I made copies of and preserved as evidence the photos and the private text messages exchanged between me (referred to herein as "UC") and "metalh34d321." These online text conversations occurred using the app on my FBI-owned cellular telephone and over the Internet, both of which I know to be a facilities of interstate commerce.

9.    The online text message conversation between me and app user "metalh34d321" that occurred on January 15, 2025, reads as follows:

| | |
|---|---|
| metalh34d321: | Hey |
| UC: | hey |
| metalh34d321: | What's up man something happened with my old acct |
| metalh34d321: | It was metalh34d9 |
| UC: | hey |
| metalh34d321: | What's up |

4

| | |
|---|---|
| metalh34d321: | What she look like I don't remember |
| UC: | who |
| metalh34d321: | Your daughter |
| metalh34d321: | We was talking about maybe meeting up |
| UC: | yea I don't know |

10.    On January 16, 2025, app user "metalh34d321" sent a private text

message that read "What u mean". I did not respond to this message.

11.    On January 21, 2025, app user "metalh34d321" sent a private text

message that read "Hey". On January 30, 2025, I responded to this message by

replying with a text message that read "hey sorry". There were no additional

conversation between me and app user "metalh34d321" until February 24, 2025.

12.    The online text message conversation between me and app user

"metalh34d321" that occurred on February 24, 2025, reads as follows:

| | |
|---|---|
| metalh34d321: | Hey |
| UC: | hey |
| metalh34d321: | What's up |
| metalh34d321: | How ya daughter |
| UC: | school |
| metalh34d321: | Oh cool |
| metalh34d321: | Let me know if ya ever down to let me do her |
| UC: | she's 11 bro u been with her age before? |
| metalh34d321: | No never |
| UC: | then u prob wouldn't even if i agreed to it |
| metalh34d321: | Yeah I would. Wouldn't mind trying |
| UC: | where are you |
| metalh34d321: | GA |
| UC: | what part i'm in florida |
| metalh34d321: | Cool |
| metalh34d321: | Atlanta |
| UC: | like 6 hours |
| metalh34d321: | Oh not bad |
| metalh34d321: | Weekend trip |
| UC: | if i had a dollar for everyone that said that i'd be a rich man |

5

| | |
|---|---|
| metalh34d321: | Lol |
| metalh34d321: | How many have actually done it |
| UC: | 0 |
| UC: | one showed but couldn't do it |
| metalh34d321: | Oh what happened |
| metalh34d321: | What she look like again. |
| metalh34d321: | Your daughter down for it |
| UC: | depends on what u want to try |
| UC: | and if i tell her to be she will |
| metalh34d321: | Oh ok |
| metalh34d321: | I would like to try ever6 |
| metalh34d321: | Everything |
| metalh34d321: | What she look like again |
| UC: | dude i don't know u yet i ain't sending a full pic |
| UC: | i'll block out her face for now |
| metalh34d321: | Ok |
| metalh34d321: | Sounds good. My bad |
| UC: | [Photo sent depicting what appears to be a minor female holding up two fingers with the view of her face obstructed, but not an actual minor] |
| UC: | i ain't one of these fakes on here this is the real deal |
| metalh34d321: | Oh nice look like she is sexy |
| metalh34d321: | Ok we will see |
| metalh34d321: | U might be the police too but we will see I guess |
| UC: | yea we both could be police |
| UC: | and i got more to lose then u |
| metalh34d321: | Yes that's true |
| metalh34d321: | Well I'm not |
| metalh34d321: | Guess we will see where this goes |
| UC: | yea same |
| metalh34d321: | Cool |
| metalh34d321: | So she is a virgin |
| UC: | yea bro she's 11 |
| UC: | she ain't having sex unless i say so |
| metalh34d321: | Oh ok cool |
| metalh34d321: | Was jw |
| UC: | yea |
| metalh34d321: | What she like to do |
| UC: | she likes the beach and going to her friends |

6

|  |  |
|---|---|
|  | and regular stuff |
| metalh34d321: | Oh ok cool |
| metalh34d321: | Was just thinking of some stuff she would like to do other than sex |
| UC: | like sex stuff but not sex? |
| metalh34d321: | Yeah |
| UC: | what u looking for from her |
| metalh34d321: | Have a good time and sex |
| UC: | she's never had sex so that prob won't happen honestly |
| UC: | other stuff maybe |
| metalh34d321: | Oh what about me licking her and she sucking me |
| UC: | sucking id be okay with but you licking id have to see how she feels |
| UC: | how old are you |
| metalh34d321: | 41 |
| metalh34d321: | Ok that's cool |
| UC: | white black asian? |
| metalh34d321: | White |
| UC: | ok |
| metalh34d321: | That cool |
| UC: | yes |
| metalh34d321: | Ok cool |
| UC: | skinny fat average? |
| metalh34d321: | Average |
| UC: | sorry but looks matter lol |
| metalh34d321: | If we start doing stuff and she wants to have sex u be ok with that |
| metalh34d321: | Lol |
| UC: | if she came to me and said she did and everything was cool i would consider it but no idea right now |
| metalh34d321: | Oh ok that's understandable |
| UC: | yea like i said man this is real not some fantasy talk like all these other fools |
| metalh34d321: | Well that's good finally someone serious |
| UC: | yea |
| metalh34d321: | Cool I'm actually kinda excited |
| UC: | well we ain't agreed to nothing yet |
| metalh34d321: | Yeah lol still though |
| UC: | ok |
| metalh34d321: | Yeah |

7

| | |
|---|---|
| metalh34d321: | What ya think I should do with her. I want her to have fun |
| UC: | make her comfortable and go slow so she doesn't freak out |
| metalh34d321: | I will |
| UC: | ok |
| metalh34d321: | I'm gonna like kissing her |
| UC: | if she wants you to |
| metalh34d321: | Ok cool |
| metalh34d321: | She like older guys |
| UC: | she knows i might introduce her to an older guy one day yes. |
| metalh34d321: | Oh ok cool |
| metalh34d321: | She fine with that |
| UC: | she said she is but we will see if someone actually comes |
| metalh34d321: | Oh ok cool sounds good I'm gonna have to surprise her and show up |
| metalh34d321: | Lol |
| UC: | yea sure |
| metalh34d321: | Ok cool |
| UC: | sorry man i just have a hard time believing people |
| metalh34d321: | It's cool trust me I understand |
| UC: | ok |
| metalh34d321: | Yeah |
| metalh34d321: | She play any sports |
| UC: | no |
| metalh34d321: | Oh ok |
| metalh34d321: | Does she like them |
| UC: | she likes to watch volleyball but can't play it |
| metalh34d321: | Oh cool |
| UC: | yea |
| metalh34d321: | I'll watch some with her |
| UC: | she would honestly like that |
| metalh34d321: | That's good |
| metalh34d321: | I'll keep that in mind |
| UC: | yea |
| metalh34d321: | [smiley face emoji] |
| metalh34d321: | What else u think she might like |
| UC: | she likes squishmellows |
| UC: | and lilo and stitch |
| metalh34d321: | Oh what are those |

8

| | |
|---|---|
| metalh34d321: | Oh ok |
| UC: | stuffed animal things |
| metalh34d321: | Oh cool |
| metalh34d321: | I'll buy her one |
| UC: | lol yea ok i bet |
| metalh34d321: | I will |
| UC: | and when do u plan on bringing it to her |
| metalh34d321: | Lol I dunno let's see how this goes |
| UC: | alright |
| metalh34d321: | Cool |

13.    The online text message conversation between me and app user

"metalh34d321" that occurred on February 25, 2025, reads as follows:

| | |
|---|---|
| metalh34d321: | Hey |
| UC: | hey |
| metalh34d321: | Hey man |
| metalh34d321: | [Live photo[1] sent depicting an adult male who has been positively identified as Geoffrey Dudding using facial recognition software] |
| metalh34d321: | Just waking up here a live pic to show u I'm real |
| UC: | ok cool yea i appreciate that |
| metalh34d321: | Yw |
| metalh34d321: | What's her name |
| UC: | [Photo sent depicting what appears to be a minor female sleeping, but is not an actual minor female] |
| UC: | not live but one i took a little while back |
| metalh34d321: | She looks a lot older than 11 |
| metalh34d321: | I don't think that's her |
| UC: | [Photo sent depicting what appears to be a minor female sitting at a table in a restaurant, but is not an actual minor female] |

---

[1] Based on my training and experience using this app, I know that the app offers an option for a user to produce a photo (or video) in real-time ("Live") using a camera feature within the application. I also know that photos taken using the app camera and sent to another user display the word "camera" below the photo, showing the recipient that the photo was a "Live" photo and distinguishing it from a photo sent from the sender's device's photo gallery. Based on my training and experience, I know that app users with a sexual interest in children often use this camera function within the app to verify a user's identity and/or legitimacy.

| | |
|---|---|
| UC: | [Photo sent depicting what appears to be two minor females sitting on the statue of a turtle, but are not actual minor females] |
| UC: | [Photo sent depicting what appears to be a minor female and adult male, sitting on airplane, but is not an actual minor female] |
| UC: | [Live photo sent depicting a close-up of an adult male] |
| metalh34d321: | Oh man for real that's her |
| metalh34d321: | ya look like a cop hhaa |
| metalh34d321: | Haha |
| UC: | yea people say that all the time |
| UC: | i do health insurance verification for pharmaceutical companies |
| metalh34d321: | Lol I'm sure. Man she is seriously hot asf |
| metalh34d321: | Oh cool |
| UC: | yea what u do |
| UC: | and it's boring af |
| metalh34d321: | Man for real I would just want to make her happy |
| UC: | what u mean |
| metalh34d321: | I mean I would love to do sexual stuff with her but she hot asf and would do what makes her happy |
| UC: | appreciate you saying that |
| metalh34d321: | Yw bro |
| UC: | you seem like a pretty cool dude to be honest |
| UC: | you look like seth rogan by the way |
| metalh34d321: | Haha fr |
| metalh34d321: | Well ty |
| UC: | what do u do for work |
| metalh34d321: | I cook |
| UC: | restaurant? |
| metalh34d321: | Yes |
| UC: | nice |
| metalh34d321: | Yup I'll cook for her too |
| UC: | she likes pastas so whip something up |
| metalh34d321: | Oh shit I can do that |
| metalh34d321: | She like alfredo |
| UC: | yea no mushrooms though |
| metalh34d321: | That's cool I can do that have her tell me what she likes I'll cook it up |
| UC: | yea do it |

10

| metalh34d321: | Look man anything to make her happy |
| UC: | your saying all the right things so i'm down |
| metalh34d321: | Lol me to |
| metalh34d321: | Too |
| metalh34d321: | I'm not saying it to say it I'm for real |
| UC: | i believe you |
| UC: | realest person i met on here so far honestly |
| metalh34d321: | Oh yeah |
| metalh34d321: | Well when ya live ya daughter Imma plan the trip |
| metalh34d321: | We don't have to have sex the first time I see he |
| UC: | she's already at school and i'm at work |
| UC: | yea u won't have sex with her at all unless i'm cool with it lol |
| metalh34d321: | Ok that's cool. I only want to do it if she is ok with it |
| UC: | yea she has to tell me that's what she wants |
| metalh34d321: | I am completely ok with that |
| UC: | and i'll be honest she probably won't for a long time |
| metalh34d321: | That is fine if I have to take her out a few times |
| UC: | but other stuff |
| metalh34d321: | What other stuff |
| UC: | what |
| metalh34d321: | what other stuff ya want me to with her |
| UC: | u said sucking u if she wants that i will let that happen |
| metalh34d321: | Oh yeah I would love that |
| metalh34d321: | I want the other stuff yoo6 |
| UC: | huh |
| metalh34d321: | I want other stuff too |
| metalh34d321: | sorry had to shit |
| metalh34d321: | Lol |
| metalh34d321: | Ya there |
| UC: | what stuff |
| metalh34d321: | Her sucking me with them sexy ass lips |
| metalh34d321: | Hehe |
| UC: | not going to lie that would be hot bro lol |
| metalh34d321: | Lol oh yeah |
| metalh34d321: | Hey |
| UC: | hey |

11

| | |
|---|---|
| metalh34d321: | Hey man |
| metalh34d321: | [Live video sent of DUDDING saying "woop woop not the police"] |
| metalh34d321: | Lol sobu know I'm real |
| UC: | woop woop lol |
| metalh34d321: | Lmao |
| metalh34d321: | [Meme photo sent that reads"He can't pull over any farther"] |
| UC: | Lol |
| metalh34d321: | [Meme photo sent that reads "LITTERING AND….LITTERING AND….SMOKING THE REEFER."] |
| UC: | lol what movie is that i can't remember |
| metalh34d321: | super troopers |
| UC: | yea that's right |
| UC: | right meow |
| metalh34d321: | Do you know how fast you where going |
| metalh34d321: | Hey |
| UC: | hey |
| metalh34d321: | What's up man |
| UC: | at work u |
| metalh34d321: | Oh cool. I'm stroking to your daughter |
| UC: | Lol |
| metalh34d321: | really |
| metalh34d321: | [Live video sent of an adult male masturbating his penis] |
| UC: | dang u sure are |
| UC: | what u usually stroke to |
| metalh34d321: | Real girls |
| UC: | what u mean |
| metalh34d321: | Like no fake or random. Someone showing me a real picture |
| UC: | from other dads u mean |
| metalh34d321: | Yes |
| UC: | nice anything good? |
| metalh34d321: | [photo sent depicting an unknown female wearing white shorts] |
| metalh34d321: | [photo sent depicting an unknown female wearing a strapless orange top] |
| metalh34d321: | Her lol |
| UC: | wow who's that |
| metalh34d321: | A lil slut I have had phone sex with. She is a lil fat fromme |

| | |
|---|---|
| metalh34d321: | From me |
| UC: | how old is she |
| metalh34d321: | 12 |
| UC: | yea right she's like 15 lol |
| metalh34d321: | No I promise she is 13 |
| metalh34d321: | 12 |
| UC: | yea i guess she could be |
| UC: | where she from |
| metalh34d321: | Cali |
| metalh34d321: | She far away. I want one closer |
| UC: | well that's too far lol |
| metalh34d321: | One I can see |
| metalh34d321: | Yeah it is |
| UC: | i know this 13yo down here too |
| metalh34d321: | Oh that's good man. Happy for u |
| UC: | yea |
| metalh34d321: | Cool. I hope me and ya daughter got it off she is got |
| metalh34d321: | Hot |
| UC: | u seem like a cool dude i think she will be into it honestly |
| metalh34d321: | That's good man I hope so |
| UC: | hey when u thinking about coming down |
| metalh34d321: | When can we talk on the phone and u live her so I know u for real |
| UC: | i can send u a live of her after school |
| metalh34d321: | Oh ok cool that would be great |
| metalh34d321: | U there |
| UC: | yea |
| metalh34d321: | Ok |
| metalh34d321: | Hey |
| UC: | [Live photo sent depicting what appears to be a minor female in the front passenger seat of a car, but is not an actual minor female] |
| metalh34d321: | [Live video sent of DUDDING saying "aw nice man, tell her I think she looks sexy as hell.] |
| metalh34d321: | What she say |
| metalh34d321: | U there |
| metalh34d321: | Wtf |
| UC: | hey what what's wrong |
| metalh34d321: | Did u show her the video |
| UC: | not yet just got home |

13

| | |
|---|---|
| metalh34d321: | Oh ok sorry my hair fucked up |
| UC: | give me a min i'll show her |
| metalh34d321: | Ok man ty |
| metalh34d321: | What's her name I'll make a video of me saying her name |
| metalh34d321: | Let me know |
| UC: | she was like oh my god was that kiss face for me and laughed |
| UC: | lol |
| metalh34d321: | Hehe |
| metalh34d321: | Tell her it was for her |
| UC: | i did |
| metalh34d321: | What she say |
| UC: | she laughed and was like okayyyyyy lol I died |
| metalh34d321: | Was it a good laugh |
| UC: | oh yea definitely like a playful one |
| metalh34d321: | Oh nice what's her name |
| metalh34d321: | I'll make a video just for her |
| UC: | [UC name] |
| metalh34d321: | Ok cool she there |
| UC: | no she went to her friends |
| UC: | she should be back in like 30 min though |
| metalh34d321: | Oh ok when she back I'll make a video for her |
| metalh34d321: | I am really interested in her |
| UC: | i told u i trust u if u want to see how it goes come on let's do it |
| metalh34d321: | Ok that's cool let's do it |
| metalh34d321: | How ya want to do this |
| UC: | come here we meet up and everybody gets comfortable? |
| metalh34d321: | Ok what's your number |
| metalh34d321: | Or u want mine |
| UC: | rather text? |
| metalh34d321: | Yes to know ya for real |
| UC: | 850-272-2675 |
| metalh34d321: | Ok texted u |
| metalh34d321: | It's a 984 number |
| UC: | got it |
| metalh34d321: | Cool |
| metalh34d321: | Ya there |
| metalh34d321: | Hey man super interested |

14

| | |
|---|---|
| metalh34d321: | I hope this for real |
| UC: | it is. i texted |
| metalh34d321: | Ok |
| metalh34d321: | Hey |
| UC: | lol hey |
| metalh34d321: | Hey man what's up |
| UC: | nothing u |
| UC: | u in the car driving over lol |
| metalh34d321: | Nm just super excited about her |
| metalh34d321: | Can I talk to her while u drive |
| UC: | no i was making a joke saying are you on your way lol |
| metalh34d321: | Oh lol ya want me to be |
| UC: | wouldn't be mad lol |
| metalh34d321: | Lol |
| metalh34d321: | I will wait until I am actually talking to her then come |
| UC: | what do u mean |
| metalh34d321: | When I talk to her in the phone I will come see her |
| metalh34d321: | On |
| UC: | oh yea understood |
| UC: | u can tomorrow |
| metalh34d321: | Just want to know this is real |
| metalh34d321: | Oh ok cool |
| metalh34d321: | Can I tell her she got me hard |
| metalh34d321: | Can u tell her |
| metalh34d321: | Jw |
| UC: | yea i think that's fine |
| metalh34d321: | Ok cool ty |

14.    On February 25, 2025, I requested assistance from St. Johns County Sheriff's Office (SJSO) Detective Brandon Almaguer and provided him the live photo sent by user "metalh34d321" that depicted the adult male with curly brown hair and beard. Detective Almaguer sent the photo to SJSO Intelligence Analyst Jamie Davis, who submitted the photo to a facial recognition software program. Based on my training and experience, I know that this program permits photos of

unidentified persons to be submitted and compared to photos that are present on the Internet for the purpose of matching and identifying the depicted individuals. I have participated in several criminal investigations in which this identification technique was successfully used to positively identify subject individuals. After using this program, Detective Almaguer advised me that the submission of this photo using this facial recognition program returned positive results and that the adult male depicted in the photo was identified as GEOFFREY LEE DUDDING, a registered sexual offender in North Carolina.

15.    On the same day, I reviewed the North Carolina Department of Motor Vehicles Driver License record for GEOFFREY LEE DUDDING and the photo of DUDDING contained therein. This record lists his address as "1210 North Tryon Street, Charlotte, NC 28206" and date of birth as "12/4/1985". This record also displays a photo of DUDDING, which depicts an adult male with brown curly hair and beard.

16.    I also reviewed the State of North Carolina Sex Offender Registry website and searched for GEOFFREY LEE DUDDING. Based on my training and experience, I know that individuals who are convicted of qualifying sex offenses in North Carolina are required to register as sex offenders and keep their registration current. While searching this website, I observed a registration record for "GEOFFREY LEE DUDDING." This registration record displays a photo of the face of DUDDING, showing him to be an adult male with a brown hair and a beard. This registration record also shows that DUDDING had been convicted of two

16

counts "Indecent Liberty Minor" in North Carolina on October 16, 2007 and was
also convicted of "Solicitation of Child by Computer to Commit Unlawful Sex Act"
in North Carolina on March 22, 2024.

17.    I compared the photo sent by user "metalh34d321" to me as the UC
during the private text message conversation on February 25, 2025, to the North
Carolina Department of Motor Vehicles Driver License photo of DUDDING and
the North Carolina Sex Offender Registry website photo of DUDDING. Based on
my review, I believe the photo sent by user "metalh34d321" on February 25, 2025,
and the photos identified as GEOFFREY LEE DUDDING on the North Carolina
DMV database and the North Carolina Sex Offender Registry website, depict the
same person, that is, GEOFFREY LEE DUDDING.

18.    Also on February 25, 2025, the FBI served an administrative subpoena
to the social media application company requesting subscriber information for app
user "metalh34d321."

19.    During the online text message conversation on the app on February
25, 2025, the conversation transitioned to text message and on February 25, 2025
and February 26, 2025, I exchanged several text messages with DUDDING, while
also still communicating with DUDDING using the particular social media
application. I also exchanged text messages with DUDDING from February 27,
2025 to March 2, 2025, but my conversation with DUDDING over text message was
limited during these dates. During the text message conversation, DUDDING used
telephone number 984-224-3635.

20.    The text message conversation between me (UC) and DUDDING that occurred on February 25, 2025, reads as follows:

| DUDDING: | Hey man what's up |
| UC: | hey |
| UC: | metalh? |
| DUDDING: | What's up man. I am really interested in [UC name misspelled] |
| DUDDING: | [UC name] |
| DUDDING: | Yes it is |
| UC: | yea no i think ur legit i'm down |
| DUDDING: | Ok that's great man I am super legit |
| DUDDING: | Does she like me |
| UC: | i mean all she saw was that vid but was giddy about it |
| DUDDING: | Oh ok |
| UC: | worst case it doesn't work out and u got a one day trip to jacksonville |
| DUDDING: | Lol that's for her |
| DUDDING: | [Video sent of DUDDING saying "hey [UC name], I can't wait to meet you." |
| DUDDING: | Well if ya on Jacksonville ya not far |
| UC: | jacksonville florida not nc by the way |
| UC: | i know there's 2 jacksonvilles |
| DUDDING: | Oh lol got ya |
| UC: | i'll show her |
| DUDDING: | Can I talk to her on the ohone |
| DUDDING: | Oh ok ty man |
| DUDDING: | U there man |
| UC: | busy hold on |
| DUDDING: | Ok |
| UC: | sorry real busy tonight with work and some personal stuff |
| UC: | when u want to come down i'll make sure we are free |
| DUDDING: | It's ok man |
| DUDDING: | Not sure will have to plan it. Where u live so I can check this travel out |
| DUDDING: | Did u show her the video |
| UC: | if u google saint johns town center that's where we are |
| UC: | not yet she still not back |

18

| | |
|---|---|
| DUDDING: | Oh ok |
| DUDDING: | That's cool I hope she having fun |
| UC: | why u keep messaging on kik and then here lol |
| DUDDING: | Your 5 hrs away |
| DUDDING: | My bad |
| UC: | oh not bad i thought it was 6 |
| DUDDING: | No Google it it says 5 36 |
| DUDDING: | 4 36 sorry |
| UC: | oh even better |
| DUDDING: | Yeah lol |
| DUDDING: | I really hope she intrested too |
| UC: | honestly man if your as cool as u have been with me she will be about it |
| DUDDING: | Man I am just being my self. Either u like it or not lol |
| UC: | exactly and yourself seems cool |
| DUDDING: | Well ty man |
| DUDDING: | I hope [UC name] likes me too |
| UC: | she will |
| DUDDING: | Really man |
| DUDDING: | I hope this for real |
| UC: | dude i swear it is |
| DUDDING: | Ok I hope so |
| DUDDING: | Can we talk on the phone when she gets home |
| DUDDING: | Omg fuck man what if she wants me to be her lover |
| DUDDING: | U there |
| UC: | sorry didn't have the phone. she's in her room |
| UC: | i will have her call u tomorrow and u can talk for a min |
| DUDDING: | That's is fine |
| UC: | ok cool |
| DUDDING: | Works for me man |
| DUDDING: | Hey man |

21.    The text message conversation between me (UC) and DUDDING that occurred on February 26, 2025, reads as follows:

| | |
|---|---|
| UC: | hey sorry was asleep |

| DUDDING: | It's cool |
| DUDDING: | She got me super hard |
| UC: | good |
| UC: | early dismissal today so you can talk to her on the phone |
| DUDDING: | Ty. I really hope she wants to suck it |
| DUDDING: | Oh ok cool when |
| UC: | 230 or so |
| UC: | is atlanta is eastern time right |
| DUDDING: | Yeah |
| DUDDING: | That's fine with me |
| DUDDING: | Tell her to pick out a picture for me to jack off too |
| DUDDING: | To |
| UC: | what u mean |
| DUDDING: | Have her pick a picture of her out. So I can jack off to it |
| UC: | ok |
| DUDDING: | Ty |
| DUDDING: | She pick one out |
| UC: | i'm already at work |
| DUDDING: | Oh ok |
| DUDDING: | Tell her to text me |
| UC: | she doesn't have a phone bro |
| UC: | i always like this pic of her |
| UC: | [Photo sent depicting what appears to be two minor females sitting on top of a statue of a sea turtle, but are not actual minors] |
| UC: | did i send u this one |
| DUDDING: | No ty |
| DUDDING: | Love her legs man |
| DUDDING: | Her friend is hot too |
| UC: | yea that's why i like this pic i think lol |
| DUDDING: | Lol nice man |
| UC: | she's 9 |
| UC: | 9 or 10 i'm not sure i know she is younger |
| DUDDING: | Oh nice. Can she come play too hehe |
| DUDDING: | Oh Cool |
| UC: | i wish |
| DUDDING: | Oh ok cool was jw |
| UC: | yea no worries |
| DUDDING: | Can't wait to meet [UC name] |
| DUDDING: | She had her period yet |

20

| | |
|---|---|
| UC: | no |
| DUDDING: | Nice so I can cum in her |
| UC: | no u can't |
| UC: | sorry not trying to be rude but she's 11 man that will freak her out lol |
| UC: | u mad now? |
| DUDDING: | Nope |
| UC: | got quiet |
| DUDDING: | Tired |
| UC: | oh my bad take a nap |
| UC: | still want me to have her call in like a hour? |
| DUDDING: | Yeah |
| DUDDING: | She is going to look so hot with my dick in her mouth |
| DUDDING: | Hehr |
| UC: | not gonna lie man u got me excited about it now too lol |
| DUDDING: | Lol u gonna watch |
| UC: | i want to be there for sure but i think i'm going to yea |
| DUDDING: | Oh ok cool |
| DUDDING: | Hope she good at it |
| UC: | don't get ur hopes up lol |
| DUDDING: | LOL I'll teach her |
| DUDDING: | Be hot if she sucked us both |
| UC: | it would but i can't |
| DUDDING: | Why |
| UC: | where u at |
| UC: | called u twice u gonna answer |
| UC: | or not |

22.    The online text message conversation between me (UC) and app user "metalh34d321" that occurred on February 26, 2025 reads as follows:

| | |
|---|---|
| metalh34d321: | Hey |
| UC: | hey called u twice |

23.    The online text message conversation between me (UC) and app user "metalh34d321" that occurred on February 27, 2025 reads as follows:

| | |
|---|---|
| metalh34d321: | Hey |
| UC: | ? |
| metalh34d321: | I'm here |
| metalh34d321: | Sorry yesterday |
| UC: | yea it's whatever man didn't have my hopes up |
| metalh34d321: | I was so goddamn tired for some reason |
| UC: | yea i shouldn't have even told her about u but i thought it was legit |
| metalh34d321: | U told her about me |
| metalh34d321: | It is man |
| UC: | yea i did because i thought it was legit |
| metalh34d321: | It is legit man |
| metalh34d321: | What she say |
| UC: | she got upset when u wouldn't answer and thought she did something wrong |
| metalh34d321: | Omg no |
| metalh34d321: | Tell her my apologies that I was super tired and feel asleep |
| UC: | yea u screwed up we're not doing that again |
| metalh34d321: | Omg why man |
| metalh34d321: | I'll be there when u do promise |
| UC: | because u won't answer and same crap will happen |
| metalh34d321: | No it won't man. I was mad at my self when I saw the missed call |
| metalh34d321: | I will |
| UC: | i said no |
| metalh34d321: | Ok man wtf |
| UC: | sorry man u don't get to talk to her unless it's in person that's the only way I know ur legit now |
| metalh34d321: | Oh man that's harsh |
| UC: | u let us both down. i did everything u asked and then u don't keep ur end of the bargain |
| metalh34d321: | I didn't mean to man. I really feel bad |
| UC: | that was a phone call |
| UC: | what if we set up a meeting and u just never show then what |
| metalh34d321: | That's not going to happen |
| metalh34d321: | You acting like I didn't want to talk to her. I was looking forward to hearing from her |
| UC: | so much that u fell asleep right before we |

22

| | |
|---|---|
| | called |
| metalh34d321: | I told u before hand that I was tired and u said to take a nap |
| UC: | i'm just pissed u stood us up and she felt it was her fault |
| metalh34d321: | I'm mad at my self man. No it definitely wasn't her fault. |
| UC: | look i get her back sunday why don't u come down we can eat have a beer and talk it out then u will be here when she gets brought back |
| metalh34d321: | I can't come this weekend I work |
| UC: | ok |
| metalh34d321: | Ok cool |
| metalh34d321: | She is so sexy |
| UC: | ok |
| UC: | so what is the plan now |
| UC: | I've calmed down |
| metalh34d321: | Ok good |
| UC: | so how we doing this and when |
| UC: | u fall asleep again |
| metalh34d321: | No I'm at work. They called me in someone called out |
| UC: | ok |
| UC: | oh where u work |
| metalh34d321: | I cook |
| UC: | nice what restaurant |
| metalh34d321: | Havana Cabana |
| metalh34d321: | That what it's called |
| UC: | never been. i been to atlanta a couple times |
| metalh34d321: | Oh cool |
| UC: | i been to trader sams |
| UC: | sweet georgia juke joint |
| metalh34d321: | That's cool |
| metalh34d321: | Never been but seen it |
| UC: | wait no trader vic not sam |
| metalh34d321: | I knew what ya was talking about |
| UC: | ok so when are u off and can come down |
| metalh34d321: | I'll have to look been busy since I came in |
| UC: | ok let me know so i can make sure it works for me and her |
| metalh34d321: | Sounds good |
| metalh34d321: | Where u at in Florida |

23

| | |
|---|---|
| UC: | bro i told u jacksonville |
| metalh34d321: | Oh yeah |
| metalh34d321: | My bad went retarded for a sec |
| UC: | prob 5 hours from atlanta |
| metalh34d321: | Yeah I think so |
| UC: | ok i guess just let me know i'll just wait |

24.    The text message conversation between me (UC) and DUDDING that

occurred later on February 27, 2025, reads as follows:

| | |
|---|---|
| DUDDING: | Hey man sorry I feel asleep |
| DUDDING: | I dunno wtf is wrong with me was super tired |
| DUDDING: | Sorry |
| UC: | yea ok |

25.    On February 28, 2025, DUDDING sent me a text message that read

"Hey". This was the only communication sent to me by DUDDING via text

message on February 28, 2025.

26.    The online text message conversation on the app between me (UC) and

app user "metalh34d321" that occurred on February 28, 2025 reads as follows:

| | |
|---|---|
| metalh34d321: | Hey man |
| UC: | hey |
| metalh34d321: | Nm just got a break from work |
| UC: | u been working all day? |
| metalh34d321: | Yeah |
| UC: | oh ok when are u off again |
| metalh34d321: | Man it might be a few weeks tbh |
| UC: | lol ok sure |
| metalh34d321: | Yeah man. I seriously feel so bad about the other day. You said to take a nap and was waiting and was out. I woke up and about cried for real. |
| UC: | i just wish i didn't say anything to her if ur plan wasn't for weeks |
| metalh34d321: | Yeah man. I seriously feel so bad about the other day. You said to take a nap and was waiting and was out. I woke up and about |

24

|  |  |
|---|---|
|  | cried for real |
| metalh34d321: | What ya mean |
| metalh34d321: | If ya want me tbh I think you're the police |
| UC: | i wouldn't have told her anything if i known it would be weeks because chances are u will ghost or something like everyone else |
| UC: | yea ok if that's what u think then we're done here |
| metalh34d321: | No I just want to hear her on the phone to know she real |
| metalh34d321: | I won't ghost u |
| UC: | then u can talk to her the day before u are going to come |
| metalh34d321: | Haha why so u can call your boys at the feds to come stake me out |
| UC: | yea i don't know if this is going to work out |
| metalh34d321: | Why cause u trying to set me up |
| metalh34d321: | If ya for real I can talk to her before I come |
| UC: | yea i said u can but i'm not gonna have the same shit that happened the other day happen again |
| UC: | pretty sure if i was a fed they would have got u by now also |
| metalh34d321: | Haha true |
| metalh34d321: | Well it won't happen again |
| UC: | yea we'll figure out when ur gonna come and u can talk to her but don't make up some crap again |
| metalh34d321: | I won't |
| UC: | ok |
| metalh34d321: | Man wtf so what is really going on |
| UC: | what? |
| metalh34d321: | Like what's up with [UC name] if that is really even her name |
| UC: | dude if ur gonna talk to me like this i'm gonna cut this off right here |
| metalh34d321: | Why |
| metalh34d321: | Cause I need some verification you can't send |
| UC: | bro i sent u lives of her, live of me, pics with me and her, tried to call u |
| UC: | if u think this is fake then that's on you |
| metalh34d321: | No u didn't |

25

| | |
|---|---|
| metalh34d321: | u really didn't |
| UC: | [Photo sent of screen capture of earlier conversation with user "metalh34d321"] |
| UC: | [Photo sent of screen capture of earlier conversation with user "metalh34d321"] |
| UC: | i really did |
| metalh34d321: | Yeah those are not live I don't see the camera under it |
| UC: | then u got vision problems |
| UC: | im done with this good luck |
| metalh34d321: | Yeah call me when she there and let me know u real |
| metalh34d321: | Sorry man I am ex military |
| metalh34d321: | My head is fucked up some6 |
| metalh34d321: | Sometimes |
| UC: | ok |
| metalh34d321: | Sorry |

27.    The text message conversation between me (UC) and DUDDING that occurred on March 1, 2025, reads as follows:

| | |
|---|---|
| UC: | hey |
| DUDDING: | What's up man |
| UC: | nothing u texted and called what's up |
| UC: | ur number comes up as spam risk by the way |
| DUDDING: | Oh damnit dunno why. Wanted to talk to [UC name] |
| UC: | i told u i don't have her until tomorrow night or monday after school |

28.    On March 2, 2025, DUDDING sent me a text message that read "Let me know man". This was the only communication sent to me by DUDDING via text message on March 2, 2025.

29.    The online text message conversation between me (UC) and app user "metalh34d321" that occurred on the app on March 2, 2025 reads as follows:

| | |
|---|---|
| UC: | ok |
| metalh34d321: | Hey man |

| | |
|---|---|
| metalh34d321: | Hey |
| UC: | hey |
| metalh34d321: | She there |
| UC: | no tomorrow after school |
| metalh34d321: | Oh ok |

30.    The online text message conversation between me (UC) and app user

"metalh34d321" that occurred on March 4, 2025 reads as follows:

| | |
|---|---|
| metalh34d321: | Hey man |
| UC: | hey |
| metalh34d321: | What's up |
| UC: | work you |
| metalh34d321: | About to be |
| UC: | at the cuban place |
| UC: | i like cuban sandwiches for sure |
| metalh34d321: | Lol |
| metalh34d321: | How's [UC name] |
| UC: | good |
| metalh34d321: | That's good to hear man |
| UC: | yea |
| metalh34d321: | Cool |
| metalh34d321: | When would she be able to call me again so I can make sure I'm available |
| UC: | u really working? |
| metalh34d321: | Yeah |
| UC: | what time do u get off |
| metalh34d321: | I get off early today about 2 230 |
| UC: | if i check her out early and call are u actually going to answer |
| metalh34d321: | Yes man for real this time |
| UC: | ok if u don't answer then we are done talking |
| metalh34d321: | Sounds good to me |
| UC: | i will check her out at 3 |
| metalh34d321: | Sounds good |
| metalh34d321: | I'll be free for sure by then |
| UC: | ok |
| metalh34d321: | Cool |
| metalh34d321: | We still on |
| UC: | yea just left work |
| metalh34d321: | Ok cool I'm free |
| metalh34d321: | Hey |

27

UC:                    ok going to call

31.    At this point during the online text message conversation on March 4, 2025, SJSO Detective Mikayla Preston, acting in the undercover capacity of the purported 11-year-old "child" portrayed in my online communications with DUDDING as described above, contacted DUDDING via telephone number 984-224-3635 and engaged in three voice conversations with DUDDING. All three telephone calls occurred on March 4, 2025 within several minutes of each other, and each call was recorded for evidentiary purposes. I have reviewed and listened to all three recorded conversations between Detective Preston, portraying the 11-year-old "child," and DUDDING. The recorded call are summarized below.

32.    The first voice call with DUDDING lasted approximately 2 minutes and 35 seconds. A summary of this first conversation with DUDDING is as follows:

DUDDING apologized for not answering the telephone during a previous attempt to talk to the purported 11-year-old "child" on the phone. DUDDING asked the "child" what her favorite subject in school is. DUDDING told the "child" "I just didn't think I was really going to get to talk to you." A few moments later, the call appeared to have connection issues and the call terminated.

33.    Following the termination of the call, the following online text messages were exchanged on the app between me (UC) and app user "metalh34d321":

UC:                    bro seriously u hung up

28

| metalh34d321: | Hey man the call dropped |
| metalh34d321: | Hey man the call dropped |

34.     At this point during the online text message conversation on the app, I received a telephone call from DUDDING on telephone number 984-224-3635 and permitted Detective Preston, portraying the 11-year-old "child," to speak with DUDDING. The second voice call with DUDDING lasted approximately 2 minutes and 38 seconds. A summary of the second conversation with DUDDING is as follows:

> DUDDING told the "child" that his "phone went retarded" and he had to "restart [his] phone and everything." DUDDING told the "child" that "I was finally glad to talk to you." DUDDING asked "well, do you like older guys?" The "child" responded, "I don't really know, I just like making my dad happy, really." DUDDING told the "child" he had to use the restroom and requested to call the "child" back after he spoke to the father of the "child." The call terminated.

35.     Following the termination of the second call with DUDDING, the following online text messages were exchanged on the app between me (UC) and app user "metalh34d321":

| UC: | lol u couldn't hold it? |
| metalh34d321: | No man had to piss smoking a j too |
| UC: | u still want to talk to her or no |
| metalh34d321: | Fuck yeah |
| metalh34d321: | Sorry I really had to piss |
| UC: | ok we're just sitting here so i'll wait then |
| metalh34d321: | And I coughed while I was smoking and she |

29

|              |                                                        |
|--------------|--------------------------------------------------------|
|              | was like u ok. I'm like up I'm good.                   |
| metalh34d321: | Yeah a good I'm done now                              |
| metalh34d321: | Call when ya want                                      |
| UC:          | your phone is real scratchy too                        |
| metalh34d321: | Man dunno what's up with that been doin that shit      |
| metalh34d321: | I'm about to get a new one                             |
| metalh34d321: | I think part of it might be ya on my burner tbh        |
| UC:          | ok                                                     |
| metalh34d321: | Want to try again                                      |

36.    At this point during the online text message conversation on the app, I called DUDDING on telephone number 984-224-3635 and permitted Detective Preston, portraying the 11-year-old "child," to speak with DUDDING. The third voice call with DUDDING lasted approximately 6 minutes and 51 seconds. A summary of the third conversation with DUDDING is as follows:

> DUDDING told the purported 11-year-old "child" that "I talked to your dad, I guess it's cool." DUDDING stated that he "just got off of work" and was playing video games. DUDDING and the "child" discussed playing video games together. He said, "that's alright, I'll let you win sometimes." DUDDING asked the "child" what else she liked to do. He said he previously played soccer, football, basketball, and baseball. DUDDING stated "I went in the Marines after I graduated high school" and again stated "I went in the military when I got out of high school." DUDDING told the 11-year-old "child" that "you sound fun." DUDDING and the "child" discussed watching movies,

including romance and comedies. DUDDING told the "child" that "well I like you" and "I think you're really pretty." DUDDING asked the purported 11-year-old "child" "you want to try and meet up some time or somethin'?" DUDDING said, "Well, I'll tell you what, we'll figure it out, OK?" He asked if the "child" could call him later that evening. He told the "child" he would talk to the "child's" dad about it. The call terminated.

37.    The remainder of the online text message conversation between me (UC) and app user "metalh34d321" that occurred on the app on March 4, 2025 reads as follows:

| | |
|---|---|
| metalh34d321: | Hey man ty for real |
| UC: | thanks for answering this time |
| metalh34d321: | Oh your welcome she say anything |
| UC: | she said u were nice and she liked u |
| metalh34d321: | Oh man that great |
| metalh34d321: | Hey |
| UC: | hey |
| metalh34d321: | She sounded so hot |
| metalh34d321: | I liked her to |
| UC: | she was super nervous she said to |
| metalh34d321: | Lol |
| metalh34d321: | Heart was going to beat out my chest |
| metalh34d321: | Hey |
| UC: | hey |
| metalh34d321: | Man my heart was beating so fast talking to her |
| UC: | that means u like her |
| UC: | she seemed to like it too so good |
| metalh34d321: | Lol |

38.    The online text message conversation between me (UC) and app user

31

"metalh34d321" that occurred on the app on March 5, 2025 reads as follows:

| | |
|---|---|
| metalh34d321: | Hey man u awake |
| UC: | no i wasn't |
| metalh34d321: | It's cool man |
| UC: | so what's ur plan are we going to try this or what |
| metalh34d321: | Yeah man I really liked her |
| metalh34d321: | Hope she felt the same |
| UC: | yea she did |
| metalh34d321: | Tell her sorry went stupid didn't know what to say anymore |
| metalh34d321: | Fucked me up lol |
| UC: | she didn't even care or notice that |
| metalh34d321: | That's good man |
| metalh34d321: | She say anything about me |
| UC: | she asked what your name was but I don't even know honestly |
| metalh34d321: | Oh it's Mark man sorry I didn't say before |
| UC: | ok i'll tell her |
| metalh34d321: | Oh cool ty |
| metalh34d321: | She like me man |
| UC: | yea she would tell me if she thought u were weird or creepy |
| metalh34d321: | Haha that's great man |
| UC: | u want to meet her? |
| metalh34d321: | Yeah man |
| UC: | when |
| metalh34d321: | When she want to lol |
| UC: | she will whenever when can u |
| UC: | u got a car right |
| metalh34d321: | Omg |
| UC: | what |
| metalh34d321: | Yes I do y |
| UC: | because people always make up an excuse that they don't have a car or it's broke down |
| metalh34d321: | Oh lol |
| metalh34d321: | Tbh she sounded older |
| UC: | ok well she's 11 |
| metalh34d321: | Not doubting that just saying she sounded older |
| UC: | ok well look u need to figure this out because i'm not going to just keep playing with you |

| | |
|---|---|
| metalh34d321: | Figure what our man |
| UC: | she knows u exist now so your either coming or not |
| metalh34d321: | Oh I'm coming |
| UC: | she's going to keep asking about u now so im not going to just keep telling her i don't know so seriously figure it out |
| metalh34d321: | omg for real |
| UC: | yea |
| metalh34d321: | Fuck man this for real |
| UC: | yea we been talking for like 2 months now i would have stopped by now if i was fake |
| metalh34d321: | Just shocked this all real |
| UC: | it's hard to find someone actually into this and willing to do it so it's time we either take the next step or move on |
| metalh34d321: | Yeah for real |
| metalh34d321: | I'm ready |
| metalh34d321: | Fuck man just can't believe ya let me do this |
| UC: | i mean i still got to like u in person first but yea |
| metalh34d321: | Yeah man can't wait for that |
| UC: | ok well we need to figure out when for real |
| metalh34d321: | Ok |
| metalh34d321: | When u have her |
| UC: | until Friday |
| metalh34d321: | Oh can't come until next week |
| UC: | ok she come back monday night or tuesday after school |
| metalh34d321: | Yeah |
| UC: | come tuesday |
| metalh34d321: | Not this one but next one |
| UC: | which one |
| UC: | today is wednesday |
| metalh34d321: | Next Tuesday |
| UC: | so yea like 6 days |
| metalh34d321: | yea |
| UC: | ok |
| metalh34d321: | So can I fuck her |
| UC: | eventually if she wants |
| metalh34d321: | That's cool |
| UC: | yea she just has to be ok with u and all of it that's all |

33

| | |
|---|---|
| metalh34d321: | That's perfectly ok with me |
| UC: | ok then Tuesday |
| metalh34d321: | What |
| UC: | to meet her |
| UC: | and me |
| metalh34d321: | Oh shit |
| metalh34d321: | Let me tell them I need off them |
| metalh34d321: | yea do it get here before she gets out |
| UC: | of school and we can meet first then go pick her up |
| metalh34d321: | I don't know let me make the plans |
| UC: | ok well u need to tell me so i can make it work |
| metalh34d321: | Ok I will |
| metalh34d321: | Hey |
| UC: | hey |
| metalh34d321: | Can I talk to her again today |
| metalh34d321: | Ok no it's called might be retarded and not know what to say |
| metalh34d321: | Lol |
| UC: | so i think i decided to hold off on any more talking to her until i know ur legit about this |
| metalh34d321: | Ok so what's up man talkt to me |
| UC: | been 2 months |
| metalh34d321: | No it's been 3 weeks |
| UC: | i looked. jan 15 |
| metalh34d321: | Yeah and what's up |
| UC: | something tells me i shouldn't |
| metalh34d321: | What's up man let me book this trip |
| metalh34d321: | Where do I need to get close to in Jacksonville |
| UC: | ur flying? |
| metalh34d321: | No driving |
| UC: | are u even in atlanta still |
| UC: | or ever there |
| metalh34d321: | yes wtf |
| metalh34d321: | Got work man |
| UC: | then what are u booking |
| metalh34d321: | Guess a hotel toom |
| metalh34d321: | Room |
| UC: | show me |
| metalh34d321: | Ok show me where in Jacksonville to get close too |

34

| metalh34d321: | Can't book it blind |
| metalh34d321: | Umm hello |
| UC: | i told u the saint johns town center in Jacksonville |
| metalh34d321: | Ok |
| metalh34d321: | Cool got ya |
| metalh34d321: | Hey man |
| UC: | hey |
| metalh34d321: | Hey |
| metalh34d321: | She there |
| UC: | dude i told you no more of this stuff either you're coming or your not |
| metalh34d321: | I'm coming |
| UC: | yea ok |
| metalh34d321: | What ya mean |
| UC: | i'm tired of u going back and forth and just asking for stuff |
| UC: | all u do is ask for stuff from her |
| metalh34d321: | Well I'm sorry what ya want from me |
| UC: | i want u to figure ur out |
| UC: | it out |
| metalh34d321: | Ok |

39.  The online text message conversation between me (UC) and app user "metalh34d321" that occurred on the app on March 6, 2025 reads as follows:

| metalh34d321: | Hey |
| UC: | hey |
| metalh34d321: | What [UC name] say about me |
| UC: | when |
| metalh34d321: | After we talked |
| UC: | i already told u |
| metalh34d321: | Oh yeah lol |
| UC: | yea |

40.  On March 22, 2025, the FBI received responsive documents to the administrative subpoena served on the company that owns and operates the app for subscriber information related to the app user "metalh34d321" account. I reviewed these responsive documents which listed a confirmed email address for the account

as "metalh34d421@proton.me". These responsive documents also listed the device type used to register the account as a "Motorola."

41.    On March 24, 2025, the FBI served a second administrative subpoena to the app social media application company requesting subscriber information and IP addresses utilized by app user "metalh34d321."

42.    On the same day, the FBI received responsive documents to the administrative subpoena served on the company that owns and operates the app for subscriber information and IP addresses related to the app user "metalh34d321" account. I reviewed the responsive documents which included IP address 76.36.36.10 used on February 26, 2025, at 04:51:54 UTC, March 7, 2025, at 16:41:40 UTC, and March 21, 2025, at 16:05:16 UTC, and IP address 173.42.32.14 used on March 21, 2025 at 18:33:40 UTC, and 21:07:29 UTC. I determined both of these IP addresses are owned by Charter Communications.

43.    Also on March 24, 2025, the FBI served an administrative subpoena to Charter Communications, requesting subscriber information for IP address 76.36.36.10 used on February 26, 2025, at 04:51:54 UTC, March 7, 2025, at 16:41:40 UTC, and March 21, 2025, at 16:05:16 UTC, and IP address 173.42.32.14 used on March 21, 2025 at 18:33:40 UTC, and 21:07:29 UTC.

44.    On March 27, 2025, the FBI received responsive documents to the administrative subpoena served to Charter Communications, requesting subscriber information for IP address 76.36.36.10 used on February 26, 2025, at 04:51:54 UTC, March 7, 2025, at 16:41:40 UTC, and March 21, 2025, at 16:05:16 UTC, and IP

36

address 173.42.32.14 used on March 21, 2025 at 18:33:40 UTC, and 21:07:29 UTC. I have reviewed these responsive documents which listed the subscriber of IP address 76.36.36.10 as "Randol Dubbding" with a physical address as "1001 Waterview Drive NW, Concord, NC 28027". The responsive documents also listed the subscriber of IP address 173.42.32.14 as "Octapharma Plasma" with a physical address as "5108 Reagan Drive, Charlotte, NC 28206."

45.     On April 15, 2025, FBI Tactical Specialist L. Harrell queried open-source social media accounts and located a Facebook page of "Randy Dudding", whose account was associated with another likely close relative of GEOFFREY DUDDING. Posted on the close relative's Facebook account was a photo that depicted GEOFFREY DUDDING and "Randy Dudding" together.

46.     Based on the foregoing facts, I have probable cause to believe that GEOFFREY LEE DUDDING is app user "metalh34d321" and has used the account in the manner described above herein.

47.     Based upon the foregoing facts, I have probable cause to believe that during the period from on or about January 15, 2025, through on or about March 6, 2025, in the Middle District of Florida and elsewhere, defendant, GEOFFREY LEE DUDDING, a/k/a "metalh34d321," using facilities of interstate commerce, that is, by cellular telephone and the Internet, did knowingly attempt to persuade, induce, entice, and coerce a person whom GEOFFREY LEE DUDDING believed had not reached the age of 18 years, that is, an 11-year-old minor, to engage in sexual activity for which a person can be charged with a criminal offense under the laws of the state

37

of Florida, that is, the crime of lewd or lascivious battery against a person less than

16 years of age, in violation of Section 800.04(4)(a)(2), Florida Statutes, all in

violation of 18 U.S.C. § 2422(b).

DANIEL R. MOXLEY, Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me this ___6th___ day of May, 2025, at Jacksonville,
Florida.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge